UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| BRIAN HESS, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:20-cv-01363-WSS |
| MOUNTAIN STATE PRESSURE SERVICE, INC., | § § § § | Judge William S. Stickman, IV |
| Defendant. | § § § | |

## ORDER

Before the Court is an unopposed motion requesting approval of the Parties' settlement agreement. After reviewing the motion and supporting papers, including the Parties' agreement, it is hereby

**ORDERED** that the Motion is **GRANTED** in its entirety. It is further

**ORDERED** that the Parties' settlement agreement is **APPROVED** as a fair and reasonable resolution of the Parties' bona fide dispute under the Fair Labor Standards Act.

**ORDERED** that this case and all claims asserted by all Claimants are **DISMISSED**.

SIGNED this 17 day of February 2022.

_____
UNITED STATES DISTRICT JUDGE